# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAMAR SANDERS

NO. 2025 KW 0961

**NOVEMBER 26, 2025**

---

In Re:    Lamar Sanders, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-09-0654.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion to correct an illegal sentence, filed October 25, 2023, on or before January 7, 2026. A copy of the district court's action shall be filed in this court on or before January 14, 2026.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT